**PART 2 OF 3**

# EXHIBIT M



EXHIBIT N



# William Francis Galvin
## Secretary of the Commonwealth of Massachusetts



HOME    DIRECTIONS    CONTACT US

Search sec.state.ma.us [          ]  [ Search ]

# Corporations Division

## Business Entity Summary

### ID Number: 010681100

[ Request certificate ]    [ New search ]

#### Summary for:  OCWEN LOAN SERVICING, LLC

| | |
|---|---|
| **The exact name of the Foreign Limited Liability Company (LLC):**  OCWEN LOAN SERVICING, LLC | |

**Entity type:**  Foreign Limited Liability Company (LLC)

| | |
|---|---|
| **Identification Number:** 010681100 | **Old ID Number:** 000817596 |

**Date of Registration in Massachusetts:**  05-15-2002

| | |
|---|---|
| | **Last date certain:** |

**Organized under the laws of: State:** DE **Country:** USA **on:** 05-01-2002

**The location of the Principal Office:**

Address:   1661 WORTHINGTON ROAD, STE 100
City or town, State, Zip code, Country:       WEST PALM BEACH,  FL  33409   USA

**The location of the Massachusetts office, if any:**

Address:
City or town, State, Zip code, Country:

**The name and address of the Resident Agent:**

Name:    CORPORATION SERVICE COMPANY
Address:   84 STATE STREET
City or town, State, Zip code, Country:       BOSTON,  MA  02109   USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | RONALD M. FARIS | 1661 WORTHINGTON RD, STE 100 WEST PALM BEACH, FL 33409 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | RONALD M. FARIS | 1661 WORTHINGTON ROAD, STE 100 WEST PALM BEACH, FL 33409 USA |
| REAL PROPERTY | WILLIAM C. ERBEY | 402 STRAND STREET FREDERIKSTED, ST. CROIX, VI 00840 USA |

|  Consent    Confidential Data    Merger Allowed    Manufacturing |
|---|

**View filings for this business entity:**

9/22/13 5:46 PM

ALL FILINGS
Annual Report
Annual Report - Professional
Application For Registration
Certificate of Amendment

View filings

**Comments or notes associated with this business entity:**

New search

**William Francis Galvin, Secretary of the Commonwealth of Massachusetts**

**Terms and Conditions**

# EXHIBIT O

# NMLS consumer access

Ocwen Loan Servicing, LLC

4 matches found!    Filter by: ☐ Individual    ☐ Company    | Massachusetts ⟳ |

Apply Filter(s)

**Ocwen Loan Servicing, LLC**

NMLS ID: 1852

Address: 1661 Worthington Road
Suite 100
West Palm Beach, FL 33409

AZ, CA, FL, GA, HI, IA, MA, NV,
OH, PA, TX

**Daniel Robert Schrager**

925960

Ocwen Loan Servicing, LLC
(1852)

**Nicholas Alexander Beck...**

646718

West Palm Beach, FL 33409

Ocwen Loan Servicing, LLC
(1852)

**Paula Schneid...**

39882

Westborough, MA 01581

Ocwen Loan Servicing, LLC
(1852)

Conference of State Bank Supervisors (CSBS) . American Association of Residential Mortgage Regulators (AARMR) . State Regulatory Registry LLC (SRR) . NMLS Resource Center    NMLS Federal Registry Resource Center    **Download PDF Reader**

# EXHIBIT P



**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts



HOME        DIRECTIONS        CONTACT US

Search sec.state.ma.us  [          ]  [ Search ]

# Corporations Division

## Business Entity Summary

**ID Number: 330536622**

[ Request certificate ]    [ New search ]

Summary for: **OPTION ONE MORTGAGE CORPORATION**

| | |
|---|---|
| **The exact name of the Foreign Corporation:** OPTION ONE MORTGAGE CORPORATION | |
| **Entity type:** Foreign Corporation | |
| **Identification Number:** 330536622 | **Old ID Number:** 000000000 |
| **Date of Registration in Massachusetts:** 12-13-1993 | |
| **Date of Withdrawal:** 07-21-2008 | **Last date certain:** |
| **Organized under the laws of: State:** CA **Country:** USA **on:** 11-03-1992 | |
| **Current Fiscal Month/Day:** 04/30 | **Previous Fiscal Month/Day:** 04/30 |

**The location of the Principal Office:**

Address:   6501 IRVINE CENTER DRIVE

City or town, State, Zip code, Country:      IRVINE,  C  92618   USA

**The location of the Massachusetts office, if any:**

Address:   200 FOXBOROUGH BLVD #500

City or town, State, Zip code, Country:      FOXBOROUGH, MA  02035   USA

**The name and address of the Registered Agent:**

Name:      C T CORPORATION SYSTEM

Address:   155 FEDERAL STREET STE 700

City or town, State, Zip code, Country:      BOSTON, MA  02110   USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | FABIOLA N. CAMPERI | 6501 IRVINE CENTER DRIVE IRVINE, CA 92618 USA |
| TREASURER | MATTHEW A. ENGEL | 6501 IRVINE CENTER DRIVE IRVINE, CA 92618 USA |
| SECRETARY | WILLIAM S. SMITH | 6501 IRVINE CENTER DRIVE IRVINE, CA 92618 USA |
| DIRECTOR | FABIOLA N. CAMPERI | 6501 IRVINE CENTER DRIVE IRVINE, CA 92618 USA |

**Business entity stock is publicly traded:** ✓

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CNP | $ 0.01 | 1,000,000 | $ 10000.00 | 250,000 |

| | Consent | Confidential Data | Merger Allowed | Manufacturing |
|---|---|---|---|---|

**View filings for this business entity:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

| View filings |

**Comments or notes associated with this business entity:**

| New search |

**William Francis Galvin, Secretary of the Commonwealth of Massachusetts**
**Terms and Conditions**

EXHIBIT Q

Mass. Corporations, external master page



## William Francis Galvin
## Secretary of the Commonwealth of Massachusetts



HOME       DIRECTIONS       CONTACT US

Search sec.state.ma.us [                ] [ Search ]

# Corporations Division

## Business Entity Summary

ID Number: 000977557                                      [ Request certificate ]   [ New search ]

Summary for:  HOMEWARD RESIDENTIAL CORPORATION INDIA PRIVATE LIMITED

| | |
|---|---|
| The exact name of the Foreign Corporation:  HOMEWARD RESIDENTIAL CORPORATION INDIA PRIVATE LIMITED | |
| The name was changed from: AMERICAN HOME MORTGAGE SERVICING INDIA PRIVATE LIMITED **on** 05-31-2012<br>The name was changed from: OPTION ONE MORTGAGE CORPORATION (INDIA), PRIVATE LIMITED **on** 04-28-2010 | |
| Entity type:  Foreign Corporation | |
| Identification Number: 000977557 | |
| Date of Registration in Massachusetts:  05-09-2008 | |
| Last date certain: | |
| Organized under the laws of: State: FF **Country:** IND **on:** 12-21-2005 | |
| Current Fiscal Month/Day: 03/31 | Previous Fiscal Month/Day: 03/31 |
| The location of the Principal Office: | |
| Address:   TOWER VI - LEVEL 4 CYBERCITY MAGARPATTA CITY, HADAPSAR | |
| City or town, State, Zip code, Country:      PUNE, MAHARASHTRA,    411 013   IND | |
| The location of the Massachusetts office, if any: | |
| Address:   155 FEDERAL ST., STE 700 | |
| City or town, State, Zip code, Country:      BOSTON, MA  02110   USA | |
| The name and address of the Registered Agent: | |
| Name:    C T CORPORATION SYSTEM | |
| Address:   155 FEDERAL ST., STE 700 | |
| City or town, State, Zip code, Country:      BOSTON, MA  02110   USA | |
| The Officers and Directors of the Corporation: | |

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | SHARAD SHARMA | TOWER VI - LEVEL 4 CYBERCITY, MAGARPATTA CITY, HADAPSAR PUNE, MAHARASHTRA, 411 013 IND |
| SECRETARY | CHANDA RAWLANI | TOWER VI - LEVEL 4 CYBERCITY, MAGARPATTA CITY, HADAPSAR PUNE, MAHARASHTRA, 411 013 IND |
| DIRECTOR | DAVID M. APPLEGATE | TOWER VI - LEVEL 4 CYBERCITY, MAGARPATTA CITY, HADAPSAR PUNE, MAHARASHTRA, 411 013 IND |
| DIRECTOR | MARK D. EHRENREICH | TOWER VI - LEVEL 4 CYBERCITY, MAGARPATTA CITY, HADAPSAR PUNE, MAHARASHTRA, 411 013 IND |
| DIRECTOR | JAVID JABERI | TOWER VI - LEVEL 4 CYBERCITY, MAGARPATTA CITY, HADAPSAR PUNE, MAHARASHTRA, 411 013 IND |
| DIRECTOR | SHARAD SHARMA | TOWER VI - LEVEL 4 CYBERCITY, MAGARPATTA CITY, |

HADAPSAR PUNE, MAHARASHTRA, 411 013 IND

**Business entity stock is publicly traded:**

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
| | | No. of shares | Total par value | No. of shares |
|---|---|---|---|---|
| CWP | $ 10.00 | 50,000,000 | $ 500000000.00 | 33,780,326 |

| **Consent** | **Confidential Data** | **Merger Allowed** | **Manufacturing** |
|---|---|---|---|

**View filings for this business entity:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

View filings

**Comments or notes associated with this business entity:**

New search

**William Francis Galvin, Secretary of the Commonwealth of Massachusetts**
**Terms and Conditions**

EXHIBIT R



OPTION ONE MORTGAGE CORP.

7 matches found!      Filter by:   Individual    Company    Massachusetts

Apply Filter(s)

**First Option Mortgage Corp.**

NMLS ID    1152
Address    90 Main Street
Leominster, MA 01453

**First Option Mortgage, LLC...**

NMLS ID    123411
Address    400 Interstate North Pkwy SE
Suite 1600
Atlanta, GA 30339-5047
     AZ, CA, CO, FL, IN, MN, MO,
NV, OH, OR, TN, UT, WI

**New England First Option M...**

NMLS ID    3090
     279 Cambridge Street
Burlington, MA 01803

**Derek Levi Scarborough**

NMLS ID    858891
Location    Atlanta, GA 30339-5047
Registered    First Option Mortgage, LLC
(123411)

**KEVIN ROBERT PRICKETT**

NMLS ID    6330
Location    Atlanta, GA 30339-5047
Registered    First Option Mortgage, LLC
(123411)

**Kenneth Douglas Maloney...**

NMLS ID    375835
Location    Jacksonville, FL 32256
Registered    First Option Mortgage, LLC
(123411)

**Alok Gupta**

NMLS ID    793605
Location    Burlington, MA 01803
Registered    New England First Option
Mortgage Corporation (3090)

Information made available on NMLS Consumer Access℠ is collected from the mortgage industry in accordance with standards established by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is stored and maintained by the **State Regulatory Registry LLC (SRR)** which also maintains the NMLS. Learn more about the **NMLS Resource Center** and the **NMLS Federal Registry Resource Center**.   **Download PDF Reader**

EXHIBIT S

 **William Francis Galvin**
Secretary of the Commonwealth of Massachusetts


HOME      DIRECTIONS      CONTACT US

Search sec.state.ma.us [          ]  [ Search ]

Citizen Information Service

Commonwealth Museum

**Corporations**

Filing Methods

Filing by Subject

**Search**

Search the Corporate
Database

Search Corporation Card
File

Search Corporate
Rejected Filings

Search the UCC
Database

Search the Liens
Database

Search the Trademark
Database

Search Name
Reservations

Search E-Certificate
Verification

General Information

Certificates and Certified
Copies

Services Offered

Elections and Voting

Lobbyist

Archives

Massachusetts Historical
Commission

Public Records

Publications and
Regulations / Bookstore

Registry of Deeds

Securities

State House Tours

# Corporations Division
## Search for a business entity

Legal Information, Disclaimers, Policies                    Search assistance. . .

⊙ **Search by entity name** (Company, LP, LLP, LLC, etc.)

Enter name:  [ Sand Canyon Corporation            ]      Search type:  [ Begins with      ⧉ ]

○ **Search by an individual name** (Officer, Director, etc.)      Search type:  [ Begins with      ⧉ ]

First:  [              ]     Middle:  [              ]     Last:  [              ]

○ **Search by Identification Number**   [              ]           Must be 9 digits

○ **Search by Filing Number**   [              ]

**Display number of items to view:**  [ 25 items  ⧉ ]  per page

* No records found; try a new search using different criteria

[ Search Corporations ]        [ Clear search fields ]

Records Center

Regional Offices

Address Confidentiality

**William Francis Galvin, Secretary of the Commonwealth of Massachusetts**
**<u>Terms and Conditions</u>**

EXHIBIT T



Sand Canyon Corporation

No matches found!          Filter by:      ◯ Individual      ◯ Company      | Massachusetts      ⬍ |

Apply Filter(s)

No NMLS records match the search terms you provided.
You may want to try a new search using more general terms.
For further assistance, view the search tips or click on the FAQs above.

Conference of State Bank Supervisors (CSBS)    American Association of Residential Mortgage Regulators (AARMR)    State Regulatory Registry LLC (SRR)    NMLS Resource Center    NMLS Federal Registry Resource Center    Download PDF Reader



Sand Canyon Corporation

No matches found!   Filter by:   Individual   Company   Any Regulator

No NMLS records match the search terms you provided.
You may want to try a new search using more general terms.
For further assistance, view the search tips or click on the FAQs above.

Conference of State Bank Supervisors (CSBS)   American Association of Residential
Mortgage Regulators (AARMR)   State Regulatory Registry LLC (SRR)   please
   NMLS Resource Center   NMLS Federal Registry Resource Center   Download PDF Reader

EXHIBIT U



# William Francis Galvin
## Secretary of the Commonwealth of Massachusetts



HOME      DIRECTIONS      CONTACT US

| Search sec.state.ma.us | | Search |

Citizen Information Service

Commonwealth Museum

**Corporations**

   Filing Methods

   Filing by Subject

   **Search**

      **Search the Corporate Database**

      Search Corporation Card File

      Search Corporate Rejected Filings

      Search the UCC Database

      Search the Liens Database

      Search the Trademark Database

      Search Name Reservations

      Search E-Certificate Verification

   General Information

   Certificates and Certified Copies

   Services Offered

Elections and Voting

Lobbyist

Archives

Massachusetts Historical Commission

Public Records

Publications and Regulations / Bookstore

Registry of Deeds

Securities

State House Tours

# Corporations Division
## Search for a business entity

Legal Information, Disclaimers, Policies               Search assistance. . .

⊙ **Search by entity name** (Company, LP, LLP, LLC, etc.)

Enter name: | U.S. Bank National Association |    Search type: | Begins with ⬍

◯ **Search by an individual name** (Officer, Director, etc.)    Search type: | Begins with ⬍

First: |   |    Middle: |   |    Last: |   |

◯ **Search by Identification Number**    |   |    Must be 9 digits

◯ **Search by Filing Number**    |   |

**Display number of items to view:** | 25 items ⬍ | per page

\* No records found; try a new search using different criteria

| Search Corporations |     | Clear search fields |

Records Center

Regional Offices

Address Confidentiality

**William Francis Galvin, Secretary of the Commonwealth of Massachusetts**
**<u>Terms and Conditions</u>**

EXHIBIT V



## William Francis Galvin
## Secretary of the Commonwealth of Massachusetts



HOME        DIRECTIONS        CONTACT US

Search sec.state.ma.us        [ Search ]

Citizen Information Service

Commonwealth Museum

**Corporations**

    Filing Methods

    Filing by Subject

    Search

       **Search the Corporate Database**

       Search Corporation Card File

       Search Corporate Rejected Filings

       Search the UCC Database

       Search the Liens Database

       Search the Trademark Database

       Search Name Reservations

       Search E-Certificate Verification

    General Information

    Certificates and Certified Copies

    Services Offered

Elections and Voting

Lobbyist

Archives

Massachusetts Historical Commission

Public Records

Publications and Regulations / Bookstore

Registry of Deeds

Securities

State House Tours

# Corporations Division
## Search for a business entity

Legal Information, Disclaimers, Policies                                    Search assistance. . .

⊙ **Search by entity name** (Company, LP, LLP, LLC, etc.)

Enter name:   [ Structured Asset Securities Corporation ]      Search type:   [ Begins with  ⇕ ]

● **Search by an individual name** (Officer, Director, etc.)      Search type:   [ Begins with  ⇕ ]

First: [                    ]   Middle: [                    ]   Last: [                    ]

● **Search by Identification Number**   [                    ]      Must be 9 digits

● **Search by Filing Number**   [                    ]

**Display number of items to view:**  [ 25 items  ⇕ ]  per page

\* No records found; try a new search using different criteria

[ Search Corporations ]            [ Clear search fields ]

Records Center

Regional Offices

Address Confidentiality

**William Francis Galvin, Secretary of the Commonwealth of Massachusetts**
**Terms and Conditions**

EXHIBIT X



U.S. Bank National Association

No matches found!     Filter by:     ☐ Individual     ☐ Company     | Massachusetts ▾ |

Apply Filter(s)

No NMLS records match the search terms you provided.
You may want to try a new search using more general terms.
For further assistance, view the search tips or click on the FAQs above.

Conference of State Bank Supervisors (CSBS) · · · American Association of Residential Mortgage Regulators (AARMR) · · · State Regulatory Registry LLC (SRR) · · · NMLS Resource Center · · NMLS Federal Registry Resource Center · · · **Download PDF Reader**

# EXHIBIT Y

ATLAS TITLE & ABSTRACT
ATTORNEY CHARLES P. BALL

## MASSACHUSETTS QUITCLAIM DEED

I, Kevin M. Cormier of Leominster, Massachusetts, for consideration paid, and in full consideration of Two Hundred and Seventy–eight Thousand Five Hundred Dollars ($278,500.00) grant to Lynne A. Rhodes as individual, of 234 Daniels Street Apt. #2, Fitchburg, Massachusetts 01420 with quitclaim covenants the following property in Worcester County, Massachusetts.

A certain tract of land with all the buildings thereon, situated on the westerly part of said Fitchburg on Daniels Street, bounded and described as follows;

BEGINNING at the northwesterly corner thereof on the line of said street and at land now or formerly of Andrew Pratt;

THENCE    South 88 degrees 43' East on said street fifty (50) feet to a bound at land now or formerly of John E. Daniels;

THENCE    South 1 degree 17' West by said Daniels land ninety (90) feet to a stone bound at land now or formerly of John H. Daniels;

THENCE    North 88 degrees 43' West by said Daniels land fifty (50) feet to a bound of land of said Pratt;

THENCE    North 1 degree 17' East by said Pratt land ninety (90) feet to the place of the beginning.

Containing 4,458 square feet of land.

There is excepted from the above described premises so much of the above land as was taken by the City of Fitchburg, Massachusetts, for the widening of Daniels Street and Clarendon Street, Fitchburg, Massachusetts, as set forth in Notice of Taking recorded in the Worcester Northern District Registry of Deeds in Book 411, Page 571

Being the same premises conveyed to me by Deed of Matthew S. Montalvo dated June 28, 2001, and recorded with the Worcester North District Registry of Deeds in Book 3845, Page 179

*Return to:*
*Lynne A. Rhodes*
*234 Daniels St, apt. 2*
*Fitchburg, MA 01420*

-2-

Witness my hand and seal this ___ day of August, 2006.

Kevin M. Cormier

Commonwealth of Massachusetts

Worcester, ss:                                    August ___ 2006

On this ___ day of August, 2006, before me, the undersigned notary public personally appeared the above Kevin M. Cormier, proved to me through satisfactory evidence of identification, which was a valid Massachusetts driver's licenses, to be the person forenamed and acknowledge to me that he signed it voluntarily and for its stated purpose.

My commission expires;



_____

Notary Public for the Commonwealth
Of Massachusetts

WILLIAM S. AHALT
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 03-08 2007

MASSACHUSETTS STATE EXCISE TAX
WORCESTER NORTHERN REGISTRY OF DEED
Date: 08-21-2006 @ 02:32pm
Ctl#: 159          Doc#: 18974
Fee: $1,269.96   Cons: $278,500.00

ATTEST: NO. WORC. REGISTRY OF DEEDS
JOHN B. McLAUGHLIN, REGISTER

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS

SUPERIOR COURT
DOCKET NO.:

13-1698 C

|   |   |
|---|---|
| LYNNE A. RHODES,<br>　　　　PLAINTIFF | ) |
|  | ) |
| V. | ) |
|  | ) |
| Ocwen Loan Servicing, LLC,<br>OPTION ONE MORTGAGE CORP.,<br>Sand Canyon Corporation FKA Option<br>One Mortgage Corporation, and<br>U.S. Bank National Association,<br>as Trustee for Structured Asset Securities<br>Corporation,<br>　　　　DEFENDANTS | ) |

FILED

SEP 23 2013

ATTEST: _____ CLERK

## MOTION FOR APPOINTMENT OF A SPECIAL PROCESS SERVER

NOW COME the Plaintiff, Lynne A. Rhodes (hereinafter "Ms. Rhodes") in the above-entitled matter, and respectfully move this Honorable Court pursuant to Mass.R.Civ.P. 4(c), for an order appointing Kevin R. Leary, Leary & Associates, PO Box 615, 395 Washington Street, Suite 4, Dedham, Massachusetts, Norfolk County, Massachusetts 02026, his employees or agents, as special process server. The person appointed special process server is experienced in the service of process, is 18 years of age or older, and is not a party to this action.

1

Respectfully submitted,
Lynne A. Rhodes, Plaintiff
by her attorney,

_____
Elana Mikelus Gordon, Esquire
Law Office Of Elana Mikelus Gordon
119R Bradford Street Extension
PO Box 529
Provincetown, MA  02657
Email:        emikelus@me.com
Telephone:    (774) 538-6154
Facsimile:    (774) 538-6152
BBO No.:  684107

Dated:  September 23, 2013

A true copy by photostatic process
Attest:
Asst. Clerk

2

CERTIFICATE OF SERVICE

I hereby certify that the above document is being served within the time required by the Superior Court Standing Order No. 1-88 or by leave of the Regional Administrative Justice. I further certify that I, Elana Mikelus Gordon, Esq., attorney for the Plaintiff, Lynne A. Rhodes, hereby certify that on this day, the September 23, 2013, I caused a true copy of the attached Plaintiff's Motion For A Special Process Server to be served to Defendants via certified mail return receipt requested to the following:

1. Ocwen Loan Servicing, LLC, with a principal office located at, 1661 Worthington Road, Suite 100, West Palm Beach, Palm Beach County, Florida 33409, by causing a true copy to be served to its Registered Agent in the Commonwealth of Massachusetts is CORPORATION SERVICE COMPANY, with an address of 84 State Street, Boston, Suffolk County, Massachusetts 02109.

2. OPTION ONE MORTGAGE CORP, with a former principal office located at 6501 Irvine Center Drive, Irvine, Orange County, California 92618, and a former Massachusetts location of 200 Foxborough Boulevard, Foxborough, Norfolk County, Massachusetts 02035, by causing a true copy to be served to its Registered Agent was CT CORPORATION SYSTEM, located at 155 Federal Street, Suite 700, Boston, Suffolk County, Massachusetts 02110.

3. OPTION ONE MORTGAGE CORPORATION (INDIA), with a foreign address of TOWER VI – LEVEL 4 CYBERCITY MAGARPATTA CITY, HADAPSAR, PUNE, MAHARASHTRA, 411 013 IND; with a Massachusetts location of 155 Federal Street, Boston, Suffolk County, Massachusetts 02110, by causing a true copy to be served to its Registered Agent is CT CORPORATION SYSTEM, located at 155 Federal Street, Boston, Suffolk County, Massachusetts 02110.

4.  Sand Canyon Corporation, FKA Option one Mortgage Corporation (reference is made to Exhibit B, *supra*, herein), to its Registered Agent is CT CORPORATION SYSTEM, located at 155 Federal Street, Boston, Suffolk County, Massachusetts 02110; and

5.  U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-BC6, c/o American Home Mortgage Servicing, Inc., located at 1525 South Beltline Road, Coppell, TX 75019.  There is no Registered Agent Listed for U.S. Bank National Association.

Elana Mikelus Gordon, Esq.
BBO NO.: 684107

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS

SUPERIOR COURT
DOCKET NO.: 13-1698C

LYNNE A. RHODES,                    )
                    PLAINTIFF      )
                                    )
            V.                      )
                                    )
Ocwen Loan Servicing, LLC,          )
OPTION ONE MORTGAGE CORP.,          )
Sand Canyon Corporation FKA Option  )
One Mortgage Corporation, and       )
U.S. Bank National Association,     )
as Trustee for Structured Asset Securities )
Corporation,                        )
                    DEFENDANTS      )
                                    )

**FILED**

SEP 23 2013

ATTEST: _____ CLERK

## PLAINTIFF'S EX PARTE MOTION FOR A SHORT ORDER OF NOTICE

The Plaintiff, Lynne A. Rhodes (hereinafter "Ms. Rhodes") respectfully moves this Honorable Court ex parte for a Short Order of Notice permitting Ms. Rhodes to give the Defendants Ocwen Loan Servicing, LLC, OPTION ONE MORTGAGE CORP., Sand Canyon Corporation FKA Option One Mortgage Corporation, and U.S. National Bank National Association, as Trustee for Structured Asset Securities Corporation notice today, September 23 2013, for a hearing scheduled for Wednesday, October 9, 2013, on the Plaintiff's Motion for Preliminary Injunction.

AS GROUNDS THEREFOR, Ms. Rhodes states as follows:

1

1. Ms. Rhodes has filed a verified complaint against Defendants, alleging violations of both the Federal and State Federal Debt Collection Practices Acts, Unfair and Deceptive Practices, among others, and seeking injunctive relief.

2. In her verified complaint, Ms. Rhodes alleges that the Defendants have taken it upon themselves to cut Ms. Rhodes' water pipes and lines to her home, leaving her home uninhabitable, without any potable water; has changed locks to her premises; and in an effort to further harass and intimidate Ms. Rhodes, engages in debt collection practices by way of appearing at her residence at 4:00 a.m. in the morning, among other unfair and deceptive acts and practices, including but not limited to numerous violations of Federal and State Law, as well as regulations promulgated by the Commonwealth of Massachusetts Attorney General, Martha Coakley.

3. Ms. Rhodes is seeking a preliminary injunction enjoining Defendants, as quickly as possible to avoid further irreparable harm resulting from the Defendants' actions, as more fully described in her Verified Complaint filed herewith.

4. Ms. Rhodes requests that this Honorable Court hear her Emergency Ex Parte Motion for Temporary Order And Preliminary Injunction on October 9, 2013, or at such other time this Court deems just and proper, to enable Ms. Rhodes to present to this Honorable Court expeditiously her request for such relief and, if successful, to obtain from this Court the requested preliminary injunction as soon as possible.

WHEREFORE, Plaintiff relies on her Verified Complaint and Motion For A Temporary Restraining Order And Application For Preliminary Injunction.

Respectfully submitted,
Lynne A. Rhodes, Plaintiff
by her attorney,



Elana Mikelus Gordon, Esquire
Law Office Of Elana Mikelus Gordon
119R Bradford Street Extension
PO Box 529
Provincetown, MA  02657
Email:        emikelus@me.com
Telephone:    (774) 538-6154
Facsimile:    (774) 538-6152
BBO No.:  684107

Dated:  September 23, 2013

3

A true copy by photostatic process
Attest:
Asst. Clerk

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being served within the time required by the Superior Court Standing Order No. 1-88 or by leave of the Regional Administrative Justice. I further certify that I, Elana Mikelus Gordon, Esq., attorney for the Plaintiff, Lynne A. Rhodes, hereby certify that on this day, the September 23, 2013, I caused a true copy of the attached Plaintiff's Ex Parte Motion For Short Order Of Notice to be served to Defendants via certified mail return receipt requested to the following:

1.  Ocwen Loan Servicing, LLC, with a principal office located at, 1661 Worthington Road, Suite 100, West Palm Beach, Palm Beach County, Florida 33409, by causing a true copy to be served to its Registered Agent in the Commonwealth of Massachusetts is CORPORATION SERVICE COMPANY, with an address of 84 State Street, Boston, Suffolk County, Massachusetts 02109.

2.  OPTION ONE MORTGAGE CORP, with a former principal office located at 6501 Irvine Center Drive, Irvine, Orange County, California  92618, and a former Massachusetts location of 200 Foxborough Boulevard, Foxborough, Norfolk County, Massachusetts 02035, by causing a true copy to be served to its Registered Agent was CT CORPORATION SYSTEM, located at 155 Federal Street, Suite 700, Boston, Suffolk County, Massachusetts 02110.

3.  OPTION ONE MORTGAGE CORPORATION (INDIA), with a foreign address of TOWER VI – LEVEL 4 CYBERCITY MAGARPATTA CITY, HADAPSAR, PUNE, MAHARASHTRA, 411 013 IND; with a Massachusetts location of 155 Federal Street, Boston, Suffolk County, Massachusetts 02110, by causing a true copy to be served to its Registered Agent is CT CORPORATION SYSTEM, located at 155 Federal Street, Boston, Suffolk County, Massachusetts 02110.

4.   Sand Canyon Corporation, FKA Option one Mortgage Corporation (reference is made to Exhibit B, *supra*, herein), to its Registered Agent is CT CORPORATION SYSTEM, located at 155 Federal Street, Boston, Suffolk County, Massachusetts 02110; and

5.   U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-BC6, c/o American Home Mortgage Servicing, Inc., located at 1525 South Beltline Road, Coppell, TX 75019.  There is no Registered Agent Listed for U.S. Bank National Association.

Elana Mikelus Gordon, Esq.
BBO NO.: 684107

5