UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNE A. RHODES,<br><br>          Plaintiff,<br>v.<br><br><br>OCWEN LOAN SERVICING, LLC,<br>OPTION ONE MORTGAGE CORP.,<br>SAND CANYON CORPORATION F/K/A<br>OPTION ONE MORTGAGE CORPORATION,<br>AND U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR STRUCTURED ASSET<br>SECURITIES CORPORATION,<br><br>          Defendants. | CIVIL ACTION NO.: 13-cv-12693 |

MOTION FOR JUDGMENT ON THE PLEADINGS OF
DEFENDANTS, OPTION ONE MORTGAGE CORP. AND SAND
CANYON CORPORATION F/K/A OPTION ONE MORTGAGE CORPORATION

     The defendants, Option One Mortgage Corp. and Sand Canyon Corporation f/k/a Option One Mortgage Corporation, hereby move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). As grounds for their motion, the defendants state that the plaintiff has failed to state a claim against them upon which relief may be granted. The defendants have filed herewith a Memorandum of Law in Support of their Motion for Judgment on the Pleadings.

     WHEREFORE, the defendants, Option One Mortgage Corp. and Sand Canyon Corporation f/k/a Option One Mortgage Corporation, request that their motion be allowed.

        Respectfully submitted,
        Option One Mortgage Corp. and
        Sand Canyon Corporation f/k/a Option One
        Mortgage Corporation,

        By Their Attorney,

        /s/ Dudley C. Goar
        Dudley C. Goar, BBO#636689
        81 Middle Street
        Concord, MA 01742
        (978) 369-1505
        dudley@goar-law.com

## CERTIFICATE OF SERVICE

    I, Dudley C. Goar, attorney for Defendant Option One Mortgage Corp. and Sand Canyon Corporation f/k/a Option One Mortgage Corporation, state that on November 20, 2013, I electronically filed the foregoing document with the United States District Court for the District of Massachusetts using the CM/ECF System.  The foregoing document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/  Dudley C. Goar
        Dudley C. Goar