# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Lynn A. Rhodes,
    Plaintiff,

V.

Ocwen Loan Servicing, LLC,
Option One Mortgage Corp.,
Sand Canyon Corporation, and
U.S. Bank National Association,
    Defendants,

CIVIL ACTION

NO. 13-12693-TSH

## ORDER OF DISMISSAL

**Hillman, D. J.**

In accordance with the Court's Order dated 9/11/14, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

   9/26/14                                     /s/ Martin Castles
    Date                                          Deputy Clerk